UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MJ No. 05-856-MBB |
| ) | |
| MARTIN O'BRIEN and ) | |
| ARTHUR BURGESS ) | |

### MOTION TO SEAL

The United States of America respectfully moves that the Court seal the complaint, complaint affidavit, associated documents, and this Motion until further order of the Court following the arrest of the defendants.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

6-20-05
allowed