AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MARTIN O'BRIEN and
ARTHUR BURGESS

### CRIMINAL COMPLAINT

CASE NUMBER: mJ #05-856-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  March 2005 to June 16, 2005  in  Middlesex and Suffolk  county, in the  District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense)

attempt and conspire to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, and did use and carry during and in relation to, and possess in furtherance of, a crime of violence, to wit, the attempted robbery of an armored car, firearms, to wit an AK-47 assault-style rifle, a MAK-11 carbine, and a semi-automatic pistol

in violation of Title  18  United States Code, Section(s)  1951(a) and 924(c) .

I further state that I am a(n)  Special Agent, FBI  and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

06-17-2005 @ 4:15 PM        at       Boston, Massachusetts
Date                                          City and State

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE                    Marianne B Bowler, USMJ
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.