UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  MJ No. 05-856-MBB |
| | ) |
| MARTIN O'BRIEN and | ) |
| ARTHUR BURGESS | ) |

MOTION TO UNSEAL

The United States of America respectfully moves that the Court unseal the complaint, complaint affidavit, and associated documents, on the ground that defendant Martin O'Brien has been arrested.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

6/22/05
allowed
[signature]
MJ